# UNPUBLISHED OPINION DECISIONS.

No. 1528. GUAL, APPELLANT, v. ANDÚJAR, APPELLEE.—Ejectment. San Juan, Section 1. March 30, 1917. *Affirmed*.

No. 1514. DROS, APPELLEE, v. SANTIAGO, APPELLANT.—Damages for Seduction. Ponce. April 10, 1917. *Affirmed*.

No. 1158. PEOPLE, APPELLEE, v. MADERA, APPELLANT.—Violation of Automobiles Act. Humacao. May 22, 1917. *Affirmed*.

No. 1157. PEOPLE, APPELLEE, v. CRUZ, APPELLANT.—Adulteration of Milk. San Juan, Section 2. May 22, 1917. *Affirmed*.

No. 1558. APONTE, APPELLANT, v. HOCKING, APPELLEE.—Claim and Delivery of Personal Property. Mayagüez. June 19, 1917. *Affirmed*.

No. 1743. MAJEHNS, APPELLANT, v. PADÍN, APPELLEE.—Ejectment and Acknowledgment of Servitude. San Juan, Section 1. November 21, 1917. *Dismissed*.